HAMLIN, Justice
(concurring).
I note that in Footnote No. 3 of the majority opinion, it is stated: “Unfortunately, Moorehead’s employees, upon removing the broken fulcrum, had sent it to the city dump on the day of or the day after the accident. Therefore, this fulcrum could not be located when searched for three weeks after the accident.” This statement in the Footnote, in my view, is very important in resolving the issues in this case.
Moorehead’s employees were the Company’s agents; Moorehead, through its employees, disposed of this vital evidence. It is my further view that Moorehead should have been more attentive to this accident. It leaps to the mind that this was *677 crucial evidence upon which it could have built a defense in this case. Failing to preserve this evidence, it must bear the result of its own inattentiveness, negligence, laches, call it what one will. Therefore, resort to secondary evidence, photographs, became necessary.
Under the circumstances, I respectfully concur.